IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PETER J. SMITH,           )  | |
| )  | |
|     Plaintiff,      )  | |
| )  | CIVIL ACTION NO. |
| v.                        )  | 2:12cv85-MHT |
| )  | (WO) |
| CHICK-FIL-A, INC., etc.,  )  | |
| )  | |
|     Defendant.      )  | |

## JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 23), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Chick-Fil-A, Inc. and the claims against it are dismissed with prejudice, with the parties to bear their own costs.

This case is not closed.  This case still remains pending as to defendant Robert Eike and the claims against him.

DONE, this the 16th day of April, 2012.

                                       /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE