IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| **PETER J. SMITH,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:12cv85-MHT |
| | ) | (WO) |
| **ROBERT EIKE,** | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Plaintiff Peter J. Smith filed this lawsuit against defendant Robert Eike asserting that, in violation of Title II of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000a, et seq., he was required to leave a Chick-Fil-A restaurant because he is an African-American. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that Eike's motion for summary judgment should be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

    An appropriate judgment will be entered.

    DONE, this the 20th day of February, 2013.


                      /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE