IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PETER J. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:12cv85-MHT |
| | ) | (WO) |
| ROBERT EIKE, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. No. 56) is adopted.

(2) Defendant Robert Eike's motion for summary judgment (Doc. No. 49) is granted.

(3) Judgment is entered in favor of defendant Eike and against plaintiff Peter J. Smith, with plaintiff Smith taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Smith, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 20th day of February, 2013.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE